IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Todd James Raines,<br><br>    Plaintiff,<br><br>vs.<br><br>Corrections Corporation of America, et al.,<br><br>    Defendants. | No. CV16-1626 PHX DGC<br><br>**ORDER** |

Plaintiff has filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Doc. 1. United States Magistrate Judge Deborah M. Fine has issued a report and recommendation ("R&R") recommending that the complaint be dismissed without prejudice for failure to comply with court orders. Doc. 16. No objection has been filed, which relieves the Court of its obligation to review the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). The Court will accept the R&R and dismiss the complaint.

**IT IS ORDERED:**

1. The R&R (Doc. 16) is **accepted**.
2. Plaintiff's civil rights complaint (Doc. 1) is **dismissed without prejudice** for failure to comply with court orders.
3. A certificate of appealability and leave to proceed *in forma pauperis* on appeal are **denied**

4. The Clerk is directed to **terminate** this action.

Dated this 19th day of January, 2017.

_David G. Campbell_
United States District Judge